**Opinion filed February 27, 2025**



### In The

# Eleventh Court of Appeals

_____

## No. 11-24-00147-CR

_____

## JACOB RANDALL KIRK, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 106th District Court**

**Gaines County, Texas**

**Trial Court Cause No. 22-5884**

### M E M O R A N D U M   O P I N I O N

Appellant, Jacob Randall Kirk, was convicted by a jury of theft of a motor vehicle with a value greater than $2,500 and less than $30,000, a state jail felony. *See* TEX. PENAL CODE ANN. § 31.03(a), (e)(4) (West Supp. 2024). The jury assessed Appellant's punishment at confinement for eighteen months in the State Jail Division of the Texas Department of Criminal Justice, and restitution in the amount of $4,500. The trial court sentenced Appellant accordingly.

Appellant's court-appointed counsel has filed a motion to withdraw in this court. The motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and concludes that there are no arguable issues to present on appeal. *See Anders v. California*, 386 U.S. 738 (1967). Counsel has provided Appellant with a copy of the brief, a copy of the motion to withdraw, an explanatory letter, and a copy of the clerk's record, supplemental clerk's record, and reporter's record. Counsel also advised Appellant of his right to review the record and file a response to counsel's brief, and of his right to file a petition for discretionary review. *See* TEX. R. APP. P. 68. As such, court-appointed counsel has complied with the requirements of *Anders*, 386 U.S. 738, *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014), *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008), and *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991).

Appellant has not filed a pro se response to counsel's *Anders* brief. Following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record and agree with counsel that no arguable grounds for appeal exist.[1]

Accordingly, we grant counsel's motion to withdraw, and affirm the judgment of the trial court.

W. STACY TROTTER
JUSTICE

February 27, 2025

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

---

[1]Appellant has the right to file a petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure.